December 17, 1905.

————o————

## No. 3817.

(Court of Appeal, Parish of Orleans.)

### JAMES COONEY vs. PAUL ROUSSET.

Appeal from Civil District Court, Division E.

McCaleb, McCaleb & Leopold, for plaintiff and appellant.

Emile Pomes, for defendant and appellee.

ESTOPINAL, J. The earnestness with which the application in this case was made impelled us to grant a rehearing, but the reopening and reargument has but served to confirm us in our opinion. Nothing new was presented in the argument on rehearing, and we therefore adhere to our former decision, and it remains undisturbed.

December 17, 1906.

Writ refused by Supreme Court January 25, 1907.

Original opinion reported in Vol. 3, page 249.